Dewayne COX, Respondent,

v.

Dawn WHITE, Respondent

and

State of Missouri Department of Social
Services, Family Support Division,
Appellant.

No. ED 87020.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 11, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 1, 2006.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Kathryn J. Synor, Asst. Atty. Gen., St.
Louis, MO, for appellant.

Steven P. Andreyuk, Rand E. Scopel,
Bridgeton, MO, for respondents.

Before KATHIANNE KNAUP
CRANE, P.J., LAWRENCE E.
MOONEY and BOOKER T. SHAW, JJ.

1. All rule references are to Mo. R.Crim. P.2005, unless otherwise indicated.

## ORDER

PER CURIAM.

The Missouri Department of Social Services Family Support Division appeals the trial-court judgment denying the Division's motion to set aside the trial court's prior modification judgment. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties, however, have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order. We affirm the trial court's judgment pursuant to Rule 84.16(b)(5).